```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**WILLIE KENT PARSONS,**

       Plaintiff,

v.                                  Civil Action No. 2:15-14376

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

       Defendant.

## MEMORANDUM OPINION AND ORDER

       The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, entered on November 18, 2016; and the magistrate judge having recommended that the court deny plaintiff's motion for judgment on the pleadings; grant defendant's motion for judgment on the pleadings; affirm the final decision of the Commissioner; dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

       1.  The Proposed Findings and Recommendation of the magistrate judge be, and it hereby is, adopted by the court and incorporated herein;

       2.  The plaintiff's motion for judgment on the

pleadings be, and it hereby is, denied;

  3. The defendant's motion for judgment on the pleadings be, and it hereby is, granted;

  4. The final decision of the Commissioner be, and it hereby is, affirmed; and

  5. The case be, and hereby is, dismissed from the docket of this court.

  The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

        DATED: December 13, 2016

        John T. Copenhaver, Jr.
        United States District Judge